IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PACIFICA ROSEMONT LLC,

    Plaintiff,

v.                                      Case No. 23-cv-00747 KG/JFR

THOMAS BANNER, as Personal
Representative for the Wrongful Death
Estate of ELIZABETH GARREN, deceased,

    Defendant.

## FINAL ORDER AND JUDGMENT

Pursuant to Fed. R. of Civ. P. 58, the Court hereby enters judgment in this matter. Having entered its Memorandum Opinion and Order, (Doc. 15), granting Plaintiff's Motion to Compel Arbitration, (Doc. 3).

IT IS ORDERED that

1. this lawsuit is dismissed with prejudice; and
2. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE